IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION

WILLIE BROWN

VS.  CAUSE NO. 2:05-CV-109-D-B

MICHAEL J. ASTRUE
COMMISSIONER OF SOCIAL SECURITY  DEFENDANT

## ORDER GRANTING ADDITIONAL
## TIME IN WHICH TO FILE MEMORANDUM OF AUTHORITIES

THIS DAY this cause having come on for hearing on the Attorney for Plaintiff's Ore Tenus Motion for Extension of time in which to file a Memorandum of Authorities in the above cause, and the Court, after finding that the Office of the U. S. Attorney has no objection to said extension of time and after having heard and considered said motion, does Order as follows:

That the Plaintiff herein is allowed an extension of time in which to file his Memorandum of Authorities in the above styled and numbered cause, said extension to run through and including the 14th day of April, 2008.

**SO ORDERED** this the 6th day of March, 2008.

/s/ Eugene M. Bogen
U. S. MAGISTRATE JUDGE