IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION

WILLIE BROWN

VS.  CIVIL ACTION NO. 2:05CV109-DAS

MICHAEL J. ASTRUE,
**Commissioner of**
**Social Security**

## FINAL JUDGMENT

The parties in this case having consented to entry of final judgment by the United States Magistrate Judge under the provisions of 28 U.S.C. § 636(c), with any appeal to the Court of Appeals for the Fifth Circuit, it is, therefore,

**ORDERED** that consistent with the Opinion issued this day, the decision of the Commissioner of Social Security, denying the Plaintiff Willie Brown's claim for benefits, is hereby **AFFIRMED**; and the plaintiff's Complaint is **DISMISSED** with prejudice.

**THIS** 30th day of March, 2009.

                                                  /s/ David A. Sanders
                                                  U. S. MAGISTRATE JUDGE